p/Send

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 5 2007

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs. Robert Earl Rountree  Defendant. | Case No.: SACR 03-119-CJC  ORDER OF DETENTION AFTER HEARING  [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___lack of confirmed bail resources; unstable___

1  residential pattern; possible mental health
2  concern; lack of complete candor w/ Probation Officer
3  and conduct while under supervision, which eviden-
   to court
4  ces he cannot be relied on to comply w/ conds of release.
   and/or

5  B.  (X)  The defendant has not met his/her burden of establishing by
6       clear and convincing evidence that he/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
9       on:  criminal history record and nature
10      of alleged violations.

14      IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated:  6/5/07

                                    _____
                                    ROBERT N. BLOCK
                                    UNITED STATES MAGISTRATE JUDGE